ORIGINAL

FILED
05/21/2024
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: OP 24-0269

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0269

JEREMIAH C. GREEN,

Petitioner,

v.

JAMES SALMONSEN, Warden,
Montana State Prison,

Respondent.

ORDER

Jeremiah C. Green has filed a petition for "habeas corpus relief" with this Court. We include the handwritten paragraph where Green states:

> The court did not have probable cause to prosecute [him] for a felony because [he] was not indicted by a grand jury as required by the 5th amend. of the U.S. Constitution and is applicable "to the Judges of every state, the constitution of every state and to the laws of every state" under the supreme law of the U.S. Constitution." See: (20th Jud Dist Ct DC-05-21)

We conclude that Green's petition has no merit. *State v. Montgomery*, 2015 MT 151, ¶¶ 9, 11, 379 Mont. 353, 350 P.3d 77. Under Montana law, a petitioner cannot attack the validity of a conviction through a petition for habeas corpus relief. Section 46-22-101(2), MCA; *Lott v. State*, 2006 MT 279, ¶¶ 14-16, 334 Mont. 270, 150 P.3d 337. We observe that Green appealed his conviction and sentence in 2006. *State v. Green*, 2009 MT 114, 350 Mont. 141, 205 P.3d 798. We affirmed the Lake County District Court. *Green*, ¶¶ 1, 35. We further observe that Green did not raise this issue. *Green*, ¶¶ 2-5.

Green has not demonstrated illegal incarceration. Section 46-22-101(1), MCA. Having exhausted the remedy of appeal with his prior appeal, he cannot now raise claims concerning his convictions, and he is precluded procedurally from challenging them. Section 46-22-101(2), MCA. His convictions are not void.

Green has a lawful sentence, and he is not entitled to his release. Therefore,

IT IS ORDERED that Green's Petition for Habeas Corpus Relief is DENIED and this matter is DISMISSED.

IT IS FURTHER ORDERED that this case is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Jeremiah C. Green personally.

DATED this 21 day of May, 2024.

_____

_____

_____

_____

_____
Justices

2